IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| POPE & TALBOT, INC., et al.,[1] | ) | Case No. 07-11738 (CSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Related Docket No. 10** |

**Objection Deadline: at or before the hearing**
**Hearing Date: November 30, 2007 at 2:00 p.m. (prevailing Eastern time)**

**NOTICE OF MOTION FOR AN ORDER (I) ESTABLISHING
BIDDING PROCEDURES IN CONNECTION WITH THE SALE OF
CERTAIN ASSETS OF POPE & TALBOT, INC., POPE & TALBOT LTD.,
POPE & TALBOT LUMBER SALES, INC., AND POPE & TALBOT
SPEARFISH LIMITED PARTNERSHIP RELATED TO THEIR WOOD
PRODUCTS BUSINESS; (II) AUTHORIZING AND SCHEDULING AN
AUCTION IN CONNECTION WITH THE SALE;
(III) APPROVING A BREAK-UP FEE AND EXPENSE REIMBURSEMENT;
(IV) APPROVING CURE COST PROCEDURES RELATING TO THE
ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS
AND UNEXPIRED LEASES IN CONNECTION WITH THE SALE;
(V) APPROVING FORM AND MANNER OF NOTICES; AND
(VI) SCHEDULING A HEARING FOR FINAL APPROVAL OF THE SALE**

TO:   (i) the U.S. Trustee; (ii) the agents under the Debtors' proposed postpetition secured debtor in possession credit facility; (iii) the agents under the Secured Credit Facility; (iv) the Canadian Monitor; (v) the Purported Ad Hoc Bondholders Committee; (vi) the indenture trustees for the Notes; (vii) for the Stalking Horse Bidder; (viii) creditors holding the thirty largest unsecured claims against the Debtors on a consolidated basis as identified in the Debtors' petitions and (ix) those persons who have requested notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure

The captioned debtors and debtors in possession (collectively, the "Debtors")

filed the *Motion for an Order (I) Establishing Bidding Procedures in Connection With the Sale*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Pope & Talbot, Inc. (7139); Penn Timber, Inc. (7380); Pope & Talbot Lumber Sales, Inc. (7029); Pope & Talbot Pulp Sales U.S., Inc. (2041); Pope & Talbot Relocation Services, Inc. (9015); Pope & Talbot Spearfish Ltd. Partnership (2569); P&T Power Company (2710); Mackenzie Pulp Land Ltd. (CCID No. 625473); Pope & Talbot Ltd. (3102); P&T Factoring Limited Partnership (1538); P&T Finance One Limited Partnership (8395); P&T Finance Three LLC (2468); P&T Finance Two Limited Partnership (7960); P&T Funding Ltd. (3717); and P&T LFP Investment Limited Partnership (None). The address for all Debtors is 1500 SW First Avenue, Suite 200, Portland, Oregon 97201.

*of Certain Assets of Pope & Talbot, Inc., Pope & Talbot Ltd., Pope & Talbot Lumber Sales, Inc., and Pope & Talbot Spearfish Limited Partnership Related to Their Wood Products Business; (II) Authorizing and Scheduling an Auction in Connection With the Sale; (III) Approving a Break-Up Fee and Expense Reimbursement; (IV) Approving Cure Cost Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection With the Sale; (V) Approving Form and Manner of Notices; and (VI) Scheduling a Hearing for Final Approval of the Sale* (the "Motion"), attached hereto as Exhibit 1, with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). The Motion seeks entry of an order (i) establishing the bidding procedures to govern the Auction (as defined below), which procedures are set forth in Exhibit A to the Proposed Procedures Order (the "Bidding Procedures"); (ii) authorizing and scheduling an auction (the "Auction") at which the Sellers, in accordance with the Bidding Procedures, will solicit higher or better bids for certain of the assets of the Sellers' wood products business; (iii) approving those provisions of the Asset Purchase Agreement, dated as of November 19, 2007, among the Sellers and the Stalking Horse Bidder (as defined below) (the "Stalking Horse Purchase Agreement") that provide for payment of a break-up fee to International Forest Products Limited (the "Stalking Horse Bidder" or the "Purchaser") and reimbursement of the Stalking Horse Bidder's out-of-pocket expenses; (iv) approving the procedure to determine, and the form and manner of notice with respect to, the amounts to be paid and actions to be taken to cure defaults, if any, under the executory contracts and unexpired leases to be assumed by the applicable Seller and assigned to the Stalking Horse Bidder or the successful bidder at the Auction; (v) approving the form and manner of notices of the proposed

sale to the Stalking Horse or to the successful bidder at the Auction, the Bidding Procedures, the Auction and the sale approval hearing (the "Sale Hearing"); and (vi) scheduling the Sale Hearing.

OBJECTIONS AND RESPONSES TO THE MOTION, IF ANY, MUST BE IN WRITING AND FILED WITH THE BANKRUPTCY COURT NO LATER THAN **2:00 P.M. PREVAILING EASTERN TIME ON NOVEMBER 30, 2007.**

Objections or other responses to the Motion, if any, must also be served so that they are received on or before the hearing to be held on November 30, 2007, 2:00 p.m., prevailing Eastern time, by (i) counsel to the Debtors: (a) Shearman & Sterling LLP, 599 Lexington Avenue, New York, NY 10022, Attn: Fredric Sosnick and Susan Fennessey; and (b) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801), Attn: Laura Davis Jones, Esquire; and (ii) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, Delaware 19801, Attn: William K. Harrington, Esquire.

IF OBJECTIONS OR RESPONSES ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, A HEARING ON THE MOTION WILL BE HELD BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY COURT, 824 MARKET STREET, 5TH FLOOR, COURTROOM 6, WILMINGTON, DELAWARE 19801 ON NOVEMBER 30, 2007 AT 2:00 P.M. PREVAILING EASTERN TIME.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

DATED: NOVEMBER 21, 2007

SHEARMAN & STERLING LLP
Fredric Sosnick
Douglas P. Bartner
Susan A. Fennessey
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
Email: fsosnick@shearman.com
   dbartner@shearman.com
   sfennessey@shearman.com

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
   joneill@pszjlaw.com
   tcairns@pszjlaw.com

[Proposed] Counsel for the Debtors and Debtors in Possession