UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------x
: 
: 
: 
**In re:** : **Chapter 11**
: 
**POPE & TALBOT, INC.,** *et al.,* : **Case No. 07 – 11738 (CSS)**
: 
Debtors. : (Jointly Administered)
: 
: 
------------------------------------------------------------x

### FIRST SUPPLEMENTAL AFFIDAVIT OF TIMOTHY MCCANN IN SUPPORT OF APPLICATION OF THE DEBTORS FOR AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF KPMG LLP AS INDEPENDENT AUDITOR TO THE DEBTORS

STATE OF OREGON       )
                      )  s.s.:
COUNTY OF MULTNOMAH   )

I, Timothy McCann, being duly sworn, hereby depose and say:

1. I am a Certified Public Accountant and Partner of KPMG LLP ("KPMG"), a professional services firm. I am authorized to submit this affidavit (the "First Supplemental Affidavit") to supplement and clarify my affidavit dated November 17, 2007 (the "Initial Affidavit") on behalf of KPMG in support of the application (the "Retention Application") of the above-captioned debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases, for an order authorizing the employment and retention of KPMG as independent auditor to the Debtors under the terms and conditions set forth in the Engagement Letter.

2. In my Initial Affidavit, and based on the facts presented to me at the time, I represented that KPMG was not a creditor as of the commencement of these cases. However,

since the filing of the Initial Affidavit, KPMG discovered one outstanding invoice with the Debtors, dated June 29, 2007, in the amount of $3,750.00 for services rendered by KPMG prior to the Debtors' petition date and in connection with certain audit services for the Debtors' pension plan. KPMG has agreed to waive the $3,750.00 amount owing by the Debtors pursuant to this invoice. Based upon such waiver, I believe KPMG is a "disinterested person" as that term is defined in section 101(14), as modified by section 1107(b), of the Bankruptcy Code. Moreover, I believe none of the relationships or representations recited herein or in the Initial Affidavit would give rise to a finding that KPMG represents or holds an interest adverse to the Debtors with respect to the services for which KPMG is retained.

Executed on December 19, 2007.

Timothy McCann

Sworn to and subscribed before
me this 19th day of December 2007

Pamela D. Stoddard
My Commission Expires: January 29, 2011

OFFICIAL SEAL
PAMELA D STODDARD
NOTARY PUBLIC-OREGON
COMMISSION NO. 412193
MY COMMISSION EXPIRES JANUARY 29, 2011