

**A·S·K FINANCIAL**
*Insolvency Financial & Collection Legal Services*

17401 Ventura Blvd., # B-21  2600 Eagan Woods Drive, Suite 400   Los Angeles
Encino, CA  91316            St. Paul, MN  55121                  Minneapolis
PHONE: 818/609-9268          PHONE: 651/406-9665
FAX: 818/609-9686            FAX: 651/406-9676

## CHECK REGISTER
### TRANSFERS DURING PREFERENCE PERIOD

Defendant:         **Woodford Construction Company, Inc.**
Bankruptcy Case:   Pope & Talbot, Inc., et al.
Preference Period: August 21, 2007 - November 19, 2007

| Check No. | Check Date | Clear Date | Check Amount | Check Description |
|---|---|---|---|---|
| 533149 | August 24, 2007 | August 28, 2007 | $13,745.01 | |
| 533243 | August 31, 2007 | September 5, 2007 | $2,355.96 | |
| 533282 | September 7, 2007 | September 11, 2007 | $705.00 | |
| 533397 | September 14, 2007 | September 18, 2007 | $1,487.50 | |
| 533617 | September 21, 2007 | September 25, 2007 | $1,020.00 | |
| 533820 | September 28, 2007 | October 2, 2007 | $935.00 | |
| 533908 | October 5, 2007 | October 12, 2007 | $18,000.00 | |
| 533937 | October 5, 2007 | October 10, 2007 | $2,125.00 | |
| 534218 | October 24, 2007 | October 26, 2007 | $1,418.64 | |
| 540120 | November 13, 2007 | November 15, 2007 | $382.50 | |

Total Check(s): 10                    **Total Amount:**    $42,174.61