# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>POPE & TALBOT, INC.[1], *et. al.*,<br><br>    Debtors. | Case No. 07-11738 (CSS)<br>(Jointly Administered)<br><br>Chapter 7 |
| XL Specialty Insurance,<br><br>    Plaintiff,<br><br>    v.<br><br>Pope & Talbot, Inc.<br><br>    Defendant. | Adversary No. 10-55573 (CSS) |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the law firm Duane Morris LLP, co-counsel to PricewaterhouseCoopers, in its capacity as the Chapter 15 Foreign Representative, has relocated its Wilmington, Delaware office and requests that copies of all pleadings and other papers filed in the above-captioned matter, as well as notices given or required to be given to the Foreign Representative, be given to and served upon the undersigned counsel at the address listed below:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Pope & Talbot, Inc. (Delaware) (7139), Penn Timber, Inc. (Oregon) (7380), Pope & Talbot Lumber Sales, Inc. (Delaware) (7029), Pope & Talbot Pulp Sales U.S., Inc. (Delaware) (2041), Pope & Talbot Relocation Services, Inc. (Oregon) (9015), Pope & Talbot Spearfish Limited Partnership (South Dakota) (2569), P & T Power Company (Oregon) (2710), Mackenzie Pulp Land Ltd. (British Columbia, Canada) Canadian Reg No. (625473, CICD No. 89483705), Pope & Talbot Ltd. (British Columbia, Canada) (3102), P & T Factoring Limited Partnership (British Columbia, Canada) (1538), P & T Finance One Limited Partnership (British Columbia, Canada) (8395), P & T Finance Three LLC (Oregon) (2468), P & T Finance Two Limited Partnership (British Columbia, Canada) (7960), P & T Funding Ltd. (British Columbia, Canada) (3717), P & T LFP Investment Limited Partnership (British Columbia, Canada) (None).

Michael R. Lastowski
Sommer L. Ross
DUANE MORRIS LLP
222 Delaware Avenue
Suite 1600
Wilmington, DE 19801-1659

All notices to the Foreign Representative should continue to also be sent to Perkins Coie LLP at the following address:

Steven M. Hedberg
Jeanette L. Thomas
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128

Dated: January 19, 2011
*/s/ Sommer L. Ross*
Michael R. Lastowski, Esq. (No. 3892)
Sommer L. Ross, Esq. (No. 4598)
DUANE MORRIS LLP
222 Delaware Avenue
Suite 1600
Wilmington, Delaware 19801-1659
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
E-mail: mlastowski@duanemorris.com
slross@duanemorris.com