**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>POPE & TALBOT, INC., *et al.*,[1] | Chapter 7<br><br>Case No. 07-11738 (CSS)<br>Jointly Administered |

**CERTIFICATION OF COUNSEL CONCERNING
STIPULATION BY AND BETWEEN (A) GEORGE L. MILLER, CHAPTER 7
TRUSTEE OF THE ESTATE OF POPE & TALBOT, INC. AND (B) CERTAIN
UNDERWRITERS AT LLOYD'S, LONDON AND CERTAIN LONDON MARKET
COMPANIES GRANTING RELIEF FROM
THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)(1)**

The undersigned, counsel for certain Underwriters at Lloyd's, London and certain London Market Companies (collectively "London Market Insurers"),[2] hereby certifies as follows:

1. On February 5, 2013, the Court entered an Order granting the Pope Resources Limited Partnership ("Pope Resources") relief from the automatic stay to liquidate its claims against Pope & Talbot, Inc. ("Pope & Talbot") and to thereafter enforce any judgment against any applicable insurance coverage of Pope & Talbot, Inc.

2. After being granted relief from the automatic stay, Pope Resources initiated a civil action that is currently pending in the Superior Court for the State of Washington, King County, a civil action, *Pope Resources, LP v. Pope & Talbot, Inc., et al.*, No. 15-2-13277-6 SEA

---

[1] The Debtors in these proceedings are: Pope & Talbot, Inc.; Pope & Talbot Lumber Sales, Inc.; Pope & Talbot Pulp Sales U.S., Inc.; Pope & Talbot Relocations Services, Inc.; Pope & Talbot Spearfish Ltd. Partnership; P&T Power Company; Mackenzie Pulp Land Ltd.; Pope & Talbot Ltd.; P&T Factoring Limited Partnership; P&T Finance One Limited Partnership; P&T Finance Two Limited Partnership; P&T Finance Three Limited Partnership; P&T Funding Ltd; and P&T LFP Investment Limited Partnership.

[2] The London Market Insurers represented by Duane Morris, LLP are identified in Attachment A to the Stipulation (attached hereto as Exhibit A). The London Market Insurers represented by Forsberg & Umlauf, P.S., are identified in Attachment B to the Stipulation.

(the "State Court Action"). In the State Court Action, Pope Resources has named as defendants Pope & Talbot and several insurers, including London Market Insurers.

3. Pope Resources contends that Pope Resources is entitled to benefits under insurance policies subscribed to in favor of Pope & Talbot by the London Market Insurers and that London Market Insurers must provide coverage with respect to any liability Pope & Talbot may have towards Pope Resources.

4. London Market Insurers disagree and intend to file cross-claims in the State Court Action against Pope & Talbot for declaratory relief, seeking a finding that the insurance policies were bought back (the "Policy Buy-Back") pursuant to a prior settlement agreement with Pope & Talbot (the "Settlement Agreement").

5. To assert their cross-claims in the State Court Action against Pope & Talbot, London Market Insurers may need relief from the automatic stay under 11 U.S.C. § 362(d).

6. The Trustee has agreed to consent to the entry of an order granting such relief from the automatic stay, so long as such an order only permits the assertion of claim for declaratory relief and not the assertion of claims for damages.

7. Accordingly, the London Market Insurers and the Trustee have entered into the Stipulation attached hereto as Exhibit A and request that the Court enter the Order attached hereto as Exhibit B.

Dated: June 27, 2017

/s/ *Michael R. Lastowski*
Michael R. Lastowski (DE Bar I.D. No. 3892)
Richard W. Riley (DE Bar I.D. No. 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Telephone:  (302) 657-4900
Facsimile:  (302) 657-4901
E-mail:  mlastowski@duanemorris.com